Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip
Op 51218(U))

[*1]

Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins.
Co.

2022 NY Slip Op 51218(U) [77 Misc 3d 129(A)]

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2021-653 K C

Burke Physical Therapy, P.C., as
Assignee of Johnson, Monique, Appellant,
against
State Farm Mutual Automobile Ins. Co., Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Matthew P. Blum, J.), dated September 29, 2021. The order denied plaintiff's motion to
dismiss defendant's affirmative defenses and granted defendant's cross motion for
summary judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
For the reasons stated in Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co.
(75 Misc 3d 143[A], 2022 NY Slip Op 50623[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2022]), the order is affirmed.
WESTON, J.P., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 9,
2022